IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-10050
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 5, 2005

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JORGE ESTRADA-SALAS

Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Northern District of Texas
(04-CR-60)
---------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the joint motion of the parties to vacate the sentence is granted.

IT IS FURTHER ORDERED that the joint motion of the parties to remand the case for resentencing is granted.

---

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.